RECEIVED & FILED

05 MAR 17 PM 3: 33

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P. R.

## FORMS TO BE USED FOR MOTIONS
## UNDER 28 U.S.C. § 2255
### (Formulario para Mociones bajo el Titulo 28,
### Código E.U. § 2255)

Roberto Ferrario Pozzi
_____
**NAME (Nombre)**

22859
_____
**PRISON NUMBER**
**(Número en la prisión)**

Allenwood Low
_____
**PLACE OF CONFINEMENT**
**(Lugar de reclusión)**

**United States District Court for the District of Puerto Rico**
**(Tribunal de Distrito de los Estados Unidos para el Distrito de**
**Puerto Rico)**

98-00189
_____
**CASE NUMBER**
**(Número del caso)**
**To be supplied by the Clerk of the U.S. District Court.**
**(Será proporcionado por el Secretario del Tribunal de Distrito**
**Federal.)**

### United States

### v.

Roberto Ferrario Pozzi
_____
**FULL NAME OF MOVANT**
**(Nombre completo del peticionario)**

If movant has a sentence to be served in the future under a
federal judgment which he wishes to attack, he should file a motion
in the federal court which entered the judgment.

(Si el peticionario tiene que cumplir una condena futura
dictada por un tribunal federal y que desee impugnar, deberá
radicar una moción en el tribunal federal que dictó el fallo.)

### MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE
### — BY A PERSON UNDER FEDERAL CUSTODY
### (Moción para revocar, dejar sin efecto o corregir una
### condena de una persona bajo custodia federal)

1.    This motion must be legibly handwritten or typewritten, and
      signed by the movant under penalty of perjury.  Any false
      statement of a material fact may serve as the basis for
      prosecution and conviction for perjury.  All questions must
      be answered concisely in the proper space on the form.

Page -2-

(Esta moción debe escribirse en manuscrito, en letra clara,
o a maquinilla, y deberá firmarla el peticionario bajo pena
de perjurio.  Cualquier declaración falsa sobre algún dato
importante podrá servir de base a un procesamiento y condena
por perjurio.  Todas las preguntas deben contestarse en forma
concisa en el espacio disponible en el formulario.)

2.  Additional pages are not permitted, except with respect to
    the facts which you rely upon to support your grounds for
    relief.  No citations of authorities need to be furnished.
    If briefs or arguments are submitted, they should be submitted
    in the form of a separate memorandum.

    (No se permite utilizar páginas adicionales, excepto en
    relación con los hechos que sirven de base para sustentar sus
    motivos para una indemnización.  No es necesario citar
    autoridades.  De someterse memorandos o alegatos, éstos
    deberán someterse en un documento aparte.)

3.  Upon receipt, your motion will be filed if it is in proper
    order.
    (Su moción se radicará al recibirse, si la misma cumple con
    todos los requisitos.)

4.  If you do not have the necessary funds for transcript,
    counsel, appeal or other costs connected with a motion of this
    type, you may request permission to proceed in forma pauperis,
    in which case you must execute the declaration on the last
    page setting forth information establishing your inability to
    pay the costs.  If you wish to proceed in forma pauperis, you
    must have an authorized officer at the penal institution
    complete the certificate as to the amount of money and
    securities on deposit to your credit in any account in the
    institution.

    (Si usted no tiene el dinero necesario para pagar las
    transcripciones, abogado, apelación u otros costos
    relacionados con esta clase de moción, puede solicitar
    autorización para proceder en forma de pobre, en cuyo caso
    deberá firmar la declaración que aparece en la última página
    para que conste que no le es posible pagar los costos.  Si
    desea proceder en forma de pobre, un funcionario autorizado
    de la institución penal deberá llenar la certificación en
    relación a los dineros o valores depositados a su favor en
    cualquier cuenta en la institución.)

Page -3-

5.  Only judgments entered by one court may be challenged in a
    single motion.  If you seek to challenge judgments entered by
    different judges or divisions in the same district or in
    different districts, you must file separate petitions as to
    each such judgments.
    (Sólo podrán impugnarse en una moción las sentencias dictadas
    por un mismo tribunal.  Si usted quiere impugnar sentencias
    dictadas por más de un juez o división del mismo distrito o
    de diversos distritos, deberá radicar una solicitud separada
    para cada sentencia.)

6.  Your attention is directed to the fact that you must include
    all grounds for relief and all facts supporting such grounds
    for relief in the motion you file seeking relief from any
    judgment or conviction.
    (Se le apercibe del hecho de que deberá incluir todas las
    razones por las cuales solicita un remedio, y los hechos que
    sustentan dichas razones en la moción que radique solicitando
    un remedio respecto a cualquier sentencia o condena.)

7.  When the motion is fully completed, the original and two
    copies must be mailed to the Clerk of the United States
    District Court for the District of Puerto Rico, whose address
    is:
    (Una vez cumplimentada debidamente la moción, deberá enviar
    por correo original y dos copias al Secretario del Tribunal
    de Distrito de los Estados Unidos para el Distrito de Puerto
    Rico, a su dirección en:
                    Clerk's Office
                    U.S. District Court for Puerto Rico
                    Room 150 - Federal Building
                    Carlos Chardón Avenue
                    Hato Rey, PR 00918-1767

8.  Motions which do not conform to these instructions will be
    returned with a notation as to the deficiency.
    (Las mociones que no cumplan con estas instrucciones se
    devolverán con una nota indicando el defecto.)

Page -4-

## MOTION
### (Moción)

1. Name and location of court which entered the judgment or conviction under attack:
   (Nombre y dirección del tribunal que dictó la sentencia o condena que usted impugna.)

   US District Court, Puerto Rico
   _____

2. Date of judgment or conviction:          12/23/03
   (Fecha de la sentencia o condena)    _____

3. Length of sentence:                 7 years
   (Duración de la condena)       _____

4. Nature of offense involved:    Money laundering
   (Naturaleza del delito en cuestión)  _____

   _____

5. What was your plea?  Check one.
   (¿Cómo se declaró usted?  Marque uno.)

   a)  Not guilty ( ) b) Guilty ( X ) c) Nolo contendere ( )
       (No culpable)      (Culpable)

   If you entered a guilty plea to one count or indictment, and a not guilty plea as to other count or indictment, give details:
   (Si usted se declaró culpable de un cargo o una acusación, y se declaró no culpable de otro cargo o acusación, especifique:)

   Guilty to money laundering, the remaining counts were dismissed.
   _____

   _____

6. Kind of trial.  Check one.
   (Tipo de juicio.  Marque uno.)

   a)  Jury        ( )      b)  Judge only ( X )
       (Por jurado)             (Por derecho)

7. Did you testify at the trial?          Yes ( )  No  ( X )
   (¿Testificó en el juicio?)             (Si)     (No)

8. Did you appeal judgment of conviction? Yes ( X )  No  ( )
   (¿Apeló la sentencia condenatoria?)    (Si)      (No)

Page -5-

9.  If you did appeal, answer the following:
    (Si apeló, conteste lo siguiente:)

    a)  Name of the court          First Circuit Court of Appeals
        (Nombre del tribunal)

    b)  Result                     Denied
        (Resultado)

    c)  Date of result             05/10/04
        (Fecha del resultado)

10. Other than a direct appeal from the judgment of conviction
    and sentence, have you previously filed any petitions,
    applications, or motions with respect to this judgment in any
    federal court?
    (Aparte de una apelación directa del fallo condenatorio y la
    sentencia, ¿ha radicado usted anteriormente alguna petición,
    solicitud o moción en relación a dicho fallo en algún tribunal
    federal?)

                          Yes ( )              No ( X )
                          (Si)                 (No)

11. If your answer to question 10 was "yes", provide the
    following:
    (Si su contestación a la pregunta número 10 fue "si", indique
    lo siguiente:)

    a)  1.  Name of court          _____
            (Nombre del tribunal)

        2.  Nature of proceedings  _____
            (Naturaleza de los procedimientos)

        3.  Grounds raised         _____
            (Razones aducidas)

        4.  Did you receive an evidentiary hearing on your
            petition, application or motion?
            (¿Le concedieron una vista para presentar pruebas
            respecto a su petición, solicitud o moción?)
                          Yes ( )              No ( )
                          (Si)                 (No)

        5.  Result                 _____
            (Resultado)

        6.  Date of result         _____
            (Fecha del resultado)

Page -6-

b) As to any second petition, application or motion give the same information:
(Provea la misma información respecto a una segunda petición, solicitud o moción.)

   1.  Name of court     N/A
       (Nombre del tribunal)

   2.  Nature of proceedings
       (Naturaleza de los procedimientos)

   3.  Grounds raised
       (Razones aducidas)

   4.  Did you receive an evidentiary hearing on your petition, application or motion?
       (¿Le concedieron una vista para presentar pruebas respecto a su petición, solicitud o moción?)
                  Yes ( )          No ( )
                  (Sí)           (No)

   5.  Result
       (Resultado)

   6.  Date of result
       (Fecha del resultado)

c) As to any third petition, application, or motion give the same information:
(Provea la misma información respecto a una tercera petición, solicitud o moción.)

   1.  Name of court     N/A
       (Nombre del tribunal)

   2.  Nature of proceedings
       (Naturaleza de los procedimientos)

   3.  Grounds raised
       (Razones aducidas)

Page -7-

4. Did you receive an evidentiary hearing on your
   petition, application or motion?
   (¿Le concedieron una vista para presentar pruebas
   respecto a su petición, solicitud o moción?)

                          Yes ( )              No ( X )
                          (Si)                 (No)

5. Result                 _____
   (Resultado)

6. Did you appeal the result of any action taken on
   any petition, application or motion to an appellate
   court having jurisdiction?
   (¿Apeló usted el resultado de alguna acción tomada
   respecto a cualquier petición, solicitud o moción
   al tribunal de apelación con jurisdicción?)

   1) First petition, etc.      Yes ( )  No ( )
      (Primera petición, etc.) (Si)     (No)

   2) Second petition, etc.     Yes ( )  No ( )
      (Segunda petición, etc.) (Si)     (No)

   3) Third petition, etc.      Yes ( )  No ( )
      (Tercera petición, etc.) (Si)     (No)

d) If you did not appeal from the adverse action on any
   petition, application or motion, explain briefly why not.
   (Si no apeló la resolución adversa respecto a cualquier
   petición, solicitud o moción, explique brevemente por
   qué no lo hizo:)

   _____

   _____

   _____

   _____

12. State concisely every ground on which you claim that you are
    being held unlawfully. Summarize briefly the facts supporting
    each ground. :
    (Exponga brevemente cada una de las razones por las que usted
    alega estar detenido ilegalmente. Resuma brevemente los
    hechos que sustenten cada una de las razones.)

If necessary you may attach pages stating additional grounds
and facts supporting same.
(De ser necesario puede incluir páginas para indicar los
motivos y hechos adicionales que sustenten los mismos.)

CAUTION:  If you fail to set forth all such grounds in this
motion, you may be barred from presenting them at a later
date.
(ADVERTENCIA:  Si deja de exponer todos los motivos en esta
moción, podría más adelante verse impedido de presentarlos.)

For your information, the following is a list of the most
frequently raised grounds for relief in these proceedings.
(Para su información incluimos a continuación una lista de
los motivos utilizados con mayor frecuencia al solicitar un
remedio en estos procedimientos.)

Each statement preceded by a letter constitutes a separate
ground for possible relief.  You may raise any grounds which
you may have other than those listed.  However, you should
raise in this motion all available grounds -relating to this
conviction- on which you base your allegations that you are
being held under custody unlawfully.
(Cada aseveración que está precedida por una letra constituye
un motivo separado para un posible remedio.  Puede aducir
cualquier otro motivo adicional a los enumerados.  Sin
embargo, deberá incluir en esta petición todos los motivos
disponibles -relacionados con esta condena- en los que basa
su alegación de encontrarse detenido ilegalmente.)

Do not check any of these listed grounds.
(No marque ninguno de los motivos enumerados a continuación.)

The motion will be returned to you if you merely check (a)
through (j) or any one of these grounds.
(Se le devolverá la petición si usted meramente marca de la
"a" a la "j" o cualesquiera de estos motivos.

If you select one or more of these grounds for relief, you
must allege facts.
(Si selecciona uno o más de estos motivos para solicitar un
remedio, deberá alegar hechos.)

Page -9-

a)  Conviction obtained by a plea of guilty which was
    unlawfully induced or not made voluntarily with the
    understanding of the nature of the charge and the
    consequences of the plea.
    (La condena se obtuvo mediante una alegación de
    culpabilidad inducida ilegalmente, o no se hizo de forma
    voluntaria con conocimiento de la naturaleza del cargo
    y las consecuencias de declararse culpable.)

b)  Conviction obtained by use of coerced confession.
    (La condena se obtuvo por medio de una confesión bajo
    coacción.)

c)  Conviction obtained by use of evidence gained pursuant
    to an unconstitutional search and seizure.
    (La condena se obtuvo mediante el uso de pruebas
    obtenidas como resultado de un registro y ocupación
    ilegales.)

d)  Conviction obtained by use of evidence gained pursuant
    to an unlawful arrest.
    (La condena se obtuvo mediante el uso de pruebas
    obtenidas como resultado de un arresto ilegal.)

e)  Conviction obtained by a violation of the privilege
    against self-incrimination.
    (La condena se obtuvo mediante una violación del
    privilegio de no incriminarse a si mismo.)

f)  Conviction obtained by the unconstitutional failure of
    the prosecution to disclose to the defendant evidence
    favorable to the defendant.
    (La condena se obtuvo porque la fiscalía no cumplió con
    su deber constitucional de revelar al acusado las pruebas
    a su favor.)

g)  Conviction obtained by a violation of the protection
    against double jeopardy.
    (La condena se obtuvo mediante una violación de la
    protección a no ser procesado dos veces por el mismo
    delito.)

h)  Conviction obtained by action of a grand or petit jury
    which was unconstitutionally selected and impanelled.
    (La condena se obtuvo mediante la actuación de un gran
    jurado o jurado de juicio seleccionado y constituido
    inconstitucionalmente.)

Page -10-

i) **Denial of effective assistance of counsel.**
(Se le negó el auxilio necesario de un abogado.)

j) **Denial of right to appeal.**
(Se le negó el derecho de apelación.)

k) **Sentence is in excess of maximum authorized by law.**
(La condena excede el máximo autorizado por la ley.)

**Ground one:** <u>Forfeiture sentence was imposed, six month</u>
(Primer motivo)

<u>without a jury finding</u>

_____

_____

_____

**Supporting facts (tell your story briefly without citing cases or law):**
**Hechos justificativos  (Relate brevemente su versión de los hechos sin citar precedentes ni leyes:)**

_____

_____

_____

_____

_____

_____

**Ground two:** <u>Violation of Blakely.  The forfeiture</u>
(Segundo motive)

<u>sentence was an increase in sentence, which was not</u>

<u>sentenced by a jury.</u>

_____

_____

_____

Page -11-

**Supporting facts (tell your story briefly without citing cases or law):**
**Hechos justificativos. (Relate brevemente su versión de los hechos sin citar precedentes ni leyes:)**

_____

_____

_____

_____

_____

_____

**Ground three:**    Ground to a jury.  The forfeiture sentence
**(Tercer motivo)**

was without a jury finding.  Hence, violation of Blakely.

_____

_____

_____

_____

**Supporting facts (tell your story briefly without citing cases or law):**
**(Hechos justificativos. Relate brevemente su versión de los hechos sin citar precedentes ni leyes:)**

See separate motion.

_____

_____

_____

_____

_____

_____

Page -12-

Ground four: _____
(Cuarto motivo)

_____

_____

_____

_____

_____

**Supporting facts (tell your story briefly without citing
cases or law):**
Hechos justificativos.  (Relate brevemente su versión de
los hechos sin citar precedentes ni leyes:)

_____

_____

_____

_____

_____

_____

_____

13. **If any of the grounds listed in 12A, B, C, and D were not
    previously presented, state briefly what grounds were not
    presented; and give your reasons for not presenting them:**
    (Si alguno de los motivos enumerados en el 12A, B, C, y D, no
    se ha presentado anteriormente, indique brevemente cuáles de
    los motivos no se presentaron y por qué razón:)

_____

_____

_____

_____

_____

_____

Page -14-

(¿Lo sentenciaron en un mismo tribunal y a la vez por más de
un cargo en una acusación o por más de una acusación?)

                    Yes ( )               No ( X )
                    (Sí)                 (No)

17.   Do you have any future sentence to serve after you complete
the sentence imposed by the judgment under attack?
(¿Tiene que cumplir alguna otra pena después que termine la
pena impuesta por el fallo que está impugnando?)

                    Yes ( )               No ( X )
                    (Sí)                 (No)

    a)   If so, give name and location of court which imposed
sentence to be served in the future.
(De ser así, dé el nombre y localización del tribunal
que impuso la pena que se cumplirá en el futuro.)

          _____

    b)   And give date and length of sentence to be served in the
future.
(Dé también la fecha y duración de la pena que cumplirá
en el futuro.)

          _____

    c)   Have you filed or do you contemplate filing any petition
attacking the judgment which imposed the sentence to be
served in the future?
(¿Ha radicado o piensa radicar alguna petición para
impugnar el fallo bajo el cual se impuso la pena que se
cumplirá en el futuro?)

                    Yes ( )               No ( )
                    (Sí)                 (No)

WHEREFORE, movant prays that the Court grant the relief to
which he may be entitled in this proceeding.

(POR TODO LO CUAL, el peticionario solicita que el Tribunal
le conceda el remedio al que pueda tener derecho bajo este
procedimiento.)

In _Whitedeer_ , _P.A_ .
En

_____
                Petitioner (Peticionario)

I declare under penalty of perjury that the foregoing is true
and correct.
(Declaro bajo pena de perjurio que lo anterior es cierto y
correcto.)

Signed this _28_ day of _February_ , 19 _2004_ .
Firmado hoy      del mes de              19

_____
                Petitioner (Peticionario)