AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE    DISTRICT OF    PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
|    Plaintiff, | |
|       v. | CASE NUMBER: 98-189 (HL) |
| [6] ROBERTO FERRARIO POZZI | |
|    Defendant. | |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America.

| | |
|---|---|
| June 3, 2005 | S/ Aramis G. Rios |
| | Aramis G. Rios |
| | U.S.D.C. # 219807 |
| | 350 Chardón Avenue |
| | Torre Chardón, Rm 1201 |
| | Hato Rey, Puerto Rico 00918 |
| | Tel. (787) 766-5656 |