# VERIFIED NOTICE OF CLAIM AND AFFIDAVIT IN SUPPORT OF MOTION TO SET ASIDE THE PRELIMINARY ORDER OF FORFEITURE

1. Pursuant to 18 U.S.C § 983 (C) the undersigned makes claim for the property the claimant's interest is of fee simple absolute owner.

   **A:** The claimant makes a claim for item:

   **2.C**. $673,255 sent to credit Suisse P.B. account #172477745-42 in the name of Brianzanet. The claim for the instant account is under the common law as tenant by the entireties (undivided interest).

   B: The claimant makes a claim for item:

   **2.n**. FirstBank account #302007057 in the name of Roberto Ferrario-Pozzi in the amount of $4,308.65. The claimant claims a community property share of ½.

   C: The claimant makes a claim for item:

   **2.o**. Banco Popular account #11269243 in the name of Roberto Ferrario-Pozzi in the amount of $1,328.92. The claimant claims a community property share of ½.

   D: The claimant makes a claim for item:

   **2.p**. Banco Popular account #11902442 in the name of Roberto Ferrario-Pozzi in the amount of $1,1841.54. The claimant claim a community property share of ½.

> F:  The claimant makes a claim for item:
>
> **2.q.** Banco Popular account #1125421 in the name of
>
> Roberto Ferrario-Pozzi in the amount of $83,087.88. The
>
> claimant claims a community property share of ½.

2.  The undersigned makes claim and attestation pursuant to 28 U.S.C. § 1746. under penalty of perjury.

3.  My name is Nelly Esperanza Bejerano, I am of legal age and married to Roberto Ferrario Pozzi.

4.  I live and reside in Bogota, Colombia.

5.  I have retained the law offices of Lorenzo Palomares P.S.C. and Mr. Lorenzo J. Palomares-Starbuck, Esq. to represent me before the court and tribunals in the United Status of America

6.  I make a claim for the money as owner in fee simple absolute and as community property owner under the community property rules of the Commonwealth of Puerto Rico.

7.  The undersigned intents to file a claim pursuant to the Supplemental rules of for certain Admiralty within the time set forth by statute.

8.  The undersigned herewith provides notice the he has retained the services of Lorenzo Palomares, P.S.C. Attorneys & Counselors at Law to represent him the claim and requests that all notices be sent to the legal representative.

9.  I attest that I am an innocent owner of the property subject to the preliminary order of forfeiture. Pursuant to 18 U.S.C § 983 (f) the claimant is entitled to immediate released of the seized property and continued possession by the

Government and substantial hardship to the claimant, such as preventing the function of business, and leaving the individual financially bankrupted will occur in the absence of the release of the sized property.

10. I attest the some of the property subject to forfeiture is located outside of the jurisdiction of the court and subject to the laws of foreign country.

11. I declare, certify, verify under penalty of perjury under the laws of the United States of America that the aforegoing is true and correct.

Sworn in Bogota, Colombia

This July 6, 2005

Nelly Esperanza Bejerano
Claimant