IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>v.<br><br>**[6] ROBERTO FERRARIO-POZZI**,<br>Defendant. | Criminal no. 98-189(HL) |

## UNITED STATES OF AMERICA'S INFORMATIVE MOTION AND REQUEST FOR EXTENSION OF TIME

**TO THE HONORABLE COURT:**

**COMES NOW** the United States of America, by and through the undersigned attorneys, and very respectfully states and prays as follows:

On July 25, 2005, the Defendant filed various Motions to Set Aside Preliminary Order of Forfeiture signed by this Honorable Court on June 14, 2005. A response to these motions is due by August 8, 2005. The undersigned United States Attorney is out of the United States jurisdiction until August 8, 2005.

The United States respectfully requests an extension of time of five calendar days, that is, until August 15, 2005, to file the appropriate responses to the motions filed by the defendant.

**WHEREFORE,** it is very respectfully requested that this Honorable Court take notice of the above, and grant an extension of time until August 15, 2005 to respond to any motions filed by the defendant.

Informative Motion...
US v. Roberto Ferrario-Pozzi[6]
Page No. 2

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 26th day of July, 2005.

    H.S. GARCIA
    United States Attorney

    /s/ Aramis G. Rios
    Aramis G. Rios
    Assistant U.S. Attorney
    U.S. Attorney's Office
    Torre Chardón, Suite 1201
    350 Carlos Chardón Avenue
    Hato Rey, PR  00918
    Tel. (787)766-5656  Fax. (787) 766-5398

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record Lorenzo J. Palomares-Starbuck, Esq.

At Hato Rey, Puerto Rico, July 26, 2005.

    /s/ Aramis G. Rios
    Aramis G. Rios
    Assistant U.S. Attorney