## <u>VERIFIED NOTICE OF CLAIM AND AFFIDAVIT IN SUPPORT OF MOTION TO SET ASIDE THE PRELIMINARY ORDER OF FORFEITURE</u>

1. Pursuant to <u>18 U.S.C</u> § 983 (C) the undersigned makes claim for the property the claimant's interest is of fee simple absolute owner.

    **A:** The claimant makes a claim for item:

    **2.C**. $673,255 sent to credit Suisse P.B. account #172477745-42 in the name of Brianzanet. The claim for the instant account is under the common law as tenant by the entireties (undivided interest).

    B: The claimant makes a claim for item:

    **2.n**. FirstBank account #302007057 in the name of Roberto Ferrario-Pozzi in the amount of $4,308.65. The claimant claims a community property share of ½.

    C: The claimant makes a claim for item:

    **2.o**. Banco Popular account #11269243 in the name of Roberto Ferrario-Pozzi in the amount of $1,328.92. The claimant claims a community property share of ½.

    D: The claimant makes a claim for item:

    **2.p**. Banco Popular account #11902442 in the name of Roberto Ferrario-Pozzi in the amount of $1,1841.54. The claimant claim a community property share of ½.

F:    The claimant makes a claim for item:

**2.q.** Banco Popular account #1125421 in the name of

Roberto Ferrario-Pozzi in the amount of $83,087.88. The

claimant claims a community property share of ½.

2.  The undersigned makes claim and attestation pursuant to 28 U.S.C. § 1746. under

penalty of perjury.

3.  My name is Nelly Esperanza Bejerano, I am of legal age and married to Roberto

Ferrario Pozzi.

4.  I live and reside in Bogota, Colombia.

5.  I have retained the law offices of Lorenzo Palomares P.S.C. and Mr. Lorenzo J.

Palomares-Starbuck, Esq. to represent me before the court and tribunals in the

United Status of America

6.  I make a claim for the money as owner in fee simple absolute and as community

property owner under the community property rules of the Commonwealth of

Puerto Rico.

7.  The undersigned intents to file a claim pursuant to the Supplemental rules of for

certain Admiralty within the time set forth by statute.

8.  The undersigned herewith provides notice the he has retained the services of

Lorenzo Palomares, P.S.C. Attorneys & Counselors at Law to represent him the

claim and requests that all notices be sent to the legal representative.

9.  I attest that I am an innocent owner of the property subject to the preliminary

order of forfeiture. Pursuant to 18 U.S.C § 983 (f) the claimant is entitled to

immediate released of the seized property and continued possession by the

Government and substantial hardship to the claimant, such as preventing the function of business, and leaving the individual financially bankrupted will occur in the absence of the release of the sized property.

10. I attest the some of the property subject to forfeiture is located outside of the jurisdiction of the court and subject to the laws of foreign country.

11. I declare, certify, verify under penalty of perjury under the laws of the United States of America that the aforegoing is true and correct.

<div align="right">

Sworn in Bogota, Colombia

This July 6, 2005

Nelly Esperanza Bejerano
Claimant

</div>

REPUBLICA DE COLOMBIA
REGISTRO CIVIL
Superintendencia de Notariado y Registro

1377502

REGISTRO DE MATRIMONIOS 19 Mayo 1.999

REGISTRADURIA MUNICIPAL 3095 SAN FRANCISCO CUNDINAMARCA

COLOMBIA CUNDINAMARCA SAN FRANCISCO

X JUZGADO PROMISCUO MUNICIPAL Gloria Diaz Mafla

07 Mayo 1.999 x 136 Not. San Francisco

FERRARIO POZZI.. Roberto Angelo....

08 Mayo 1.949 286.125 Bogotá x x

:::::: :::::::: :::::::::::

BEJARANO ROCHA... Nelly Esperanza

26 Mayo 1.963 51.699.977 x Bogotá x

Notaria Sexta Santafé de Bogotá T.Ilegible F. 6

:::::: :::::::::::

David Eduardo Bejarano Blanca Inés Rocha

Nelly Esperanza Bejarano Rocha

cc. 51.699.977 Bogotá

ORIGINAL PARA LA OFICINA DE REGISTRO CIVIL

REGISTRADURIA DEL ESTADO CIVIL
SAN FRANCISCO CUND
Fiel fotocopia tomado del original
serial 1377502
Hoy 8 JUL 2005
destino al interesado
Decreto 1260 del 1970
Jorge Alirio Diaz B.
Registrador

25-07-2005 14:07 FROM:FAMILIA FERRARIO 6158163 TO:[illegible]

ACTA DE MATRIMONIO CIVIL

En el Municipio de San Francisco, Departamento de Cundinamarca, República de Colombia, a los siete días del mes de mayo de mil novecientos noventa y nueve, siendo el día y hora señalados mediante providencia de fecha el veintisiete de abril del año que transcurre, comparecieron ante el Juzgado Promiscuo Municipal, los peticionarios NELLY [illegible] [illegible] ROCHA, identificada con la Cédula de Ciudadanía Número 51.6[illegible] expedida en Bogotá y ROBERTO ANGELO FERRARIO [illegible], portador de la Cédula de Extranjería Número 226.125 de Bogotá, domiciliados en San Francisco Cundinamarca, vereda El Arrayán, con el objeto de celebrar el matrimonio por ellos [illegible]. Los comparecientes designaron como testigos de éste acto a los señores WILLIAM [illegible] BURGOS [illegible] y [illegible] EDUARDO CAMARGO [illegible], domiciliados en [illegible] de Bogotá e identificados con la Cédula de Ciudadanía Número 79.306.025 de Bogotá y [illegible] de Soacha, en su orden. Por solicitud de los futuros contrayentes, el Despacho del Juzgado junto con el personal antes relacionado, se trasladó al predio denominado VILLA [illegible], situado en la vereda El Arrayán de ésta comprensión Municipal donde se [illegible] este acto. En consecuencia, la Juez Promiscuo Municipal, Doctora [illegible] y su Secretaria, Señora [illegible] [illegible] la ceremonia. Acto seguido la Señora Juez por ante su Secretaria, [illegible] a los testigos el juramento de rigor, el cual prestaron, por [illegible] gravedad prometieron cumplir bien y fielmente con sus deberes, [illegible] memoria de todo lo que vieren y oyeren en éste acto, para lo que en el futuro fuere necesario e indagó a los presentes si alguno tenía conocimiento que existiera impedimento o motivo de nulidad para el matrimonio entre las personas citadas, sin que ninguno lo manifestara. A los peticionarios se les hizo conocer la naturaleza del contrato y los deberes que recíprocamente van a adquirir y deben cumplir en su nuevo [illegible], para lo cual se les instruyó debidamente de acuerdo a las normas legales vigentes. Por lo anterior, la Señora Juez preguntó a cada uno de los peticionarios si es su libre y espontánea voluntad unirse en [illegible] matrimonio civil y con voz perceptible y clara [illegible] [illegible] sí. Agotada la tramitación de rigor y que los contrayentes [illegible] [illegible] en forma clara su consentimiento para unirse en matrimonio civil y no observándose nulidad en lo actuado, la Juez Promiscuo Municipal de San Francisco Cundinamarca, administrando justicia en nombre de la República y por autoridad de la ley [illegible] [illegible] civil celebrado entre NELLY [illegible] [illegible] ROCHA y ROBERTO [illegible]

[illegible] FERRARIO FORZI y dispuso que de la presente acta se expida copia [illegible] auténtica a los contrayentes para su respectiva protocolización, libre de derechos. No siendo otro el objeto de la presente diligencia, se termina y se firma como aparece por los que en ella intervinieron, una vez leída y aprobada.

La Juez,

GLORIA DIAZ MARIA [illegible]

Sello: REPUBLICA DE COLOMBIA RAMA JUDICIAL JUZGADO PROMISCUO MUNICIPAL San Francisco Cund.

Los Contrayentes,

[illegible]

[illegible] ANGELO FERRARIO FORZI

Los Testigos,

WILLIAM ALFONSO [illegible] CALDERON

RAMON EDUARDO CARRASCO [illegible]

La Secretaria,

[illegible] FAJARDO [illegible]

Sello: JUZGADO P. MUNICIPAL San Francisco (Cund.) Secretario

[illegible]/hr.

Sello: REPUBLICA DE COLOMBIA NOTARIA ÚNICA DEL CÍRCULO DE [illegible]

Notario Único del Círculo de San [illegible]

