UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

Criminal No. 98-189(HL)

**ROBERTO FERRARIO POZZI,**
Defendant.

## NOTICE OF FILING

TO THE HONORABLE COURT:

COMES NOW, Plaintiff, the United States of America, through its undersigned attorneys, and respectfully states:

That on this date Plaintiff is filing with this Court an Affidavit of Publication (Attachment A), attesting that notice was caused to be published on July 7, 14 and 21, 2005 in El Nuevo Día, a newspaper of daily circulation in the Island of Puerto Rico, allowing any person having a claim in the following property:

a. $ 113,000.00 sent to Sun Trust Bank account number 0793003050117 held in the name of A & E Used Truck Parts.

b. $200,000.00 sent to Banco Commerciale Ita account number 54717050175 held in the name of Agostino Ferrari S.P.A.

c. $673,255 sent to Credit Suisse P.B account number 172477745-42 held in the name of Brianzanet.

d. $178,618.25 sent to Banco Correstate Bank account number 210001177393 held in the name of Canada Packers.

e. $227,000 sent to Banco Extebandes account number 120607677 in the name of Consorcio Nesher LTD.

f. $50,000 sent to Commerce Bank account number 3083003824 in the name of Consorcio Nesher LTD.

g. $157,270 sent to Tojo Bank Futaba account number 185184 held in the name of Global Corporation.

U.S. v. Roberto Ferrario-Pozzi
Criminal No. 98-189(HL)
Notice of Filing
Page 2

    h.    $325,250.00 sent to First Bank of the Americas account number 1000123960 held in the name of Intertur.

    i.    $155,937.21 sent to Duetsche Bank Argentina account number 2638588 in the name Orchidye S.A.

    j.    $130,000 sent to The Dai Ichi Kangyo account number 900125719 held in the name of Watex International.

    k.    $106,843 sent to Cho Hung Bank account number 374710000585 held in the name of Royal Auto Parts.

    l.    $1,465,000 sent to First Bank of the Americas account number 1100881018 held in the name of Rozatta LTD.

    m.    FirstBank account # 305001389 in the name of "Multipix Inc" for the amount of $245.28.

    n.    FirstBank account # 302007057 in the name of "Roberto Ferrario" for the amount of $4,308.65.

    o.    Banco Popular account # 11269243 in the name of Roberto Ferrario" for the amount of $1,328.92.

    p.    Banco Popular account # 11902442 in the name of "Roberto Ferrario" for the amount of $1,181.54.

    q.    Banco Popular account # 1125421 in the name of Roberto Ferrario in the amount of $83,087.88.

    r.    Ocean Bank account # 50509821105 in the name of Invalores LTD in the amount of $250,000.00.

    s.    Cathay Bank account # 120025 in the name of Mobil Tech in the amount of $255,000.00.

    t.    Banco Cafetalero Intl. account # 593104031 in the name of Orlando Fajardo Castillo in the name of $110,000.00.

    u.    First Union Natl. account # 2090001786014 in the name of Valley Cargo in the amount of $60,000.00.

    w.    First Union Natl. account # 2090001186164 in the name of Valley Express in the amount of $20,000.00.

<u>U.S. v. Roberto Ferrario-Pozzi</u>
Criminal No. 98-189(HL)
Notice of Filing
Page 3

      x.    LaSalle Bank, NA account # 2323707 in the name of Global Marketing in the amount of $47,536.56.

      y.    Bank Boston Int'l account # 9047939 in the name of Hernando M. Aristizabal in the amount of $475,000.00.

      z.    Republic Nat'l Bank account # 0311007692 in the name of Fortuity Int'l in the amount of $61,000.00 .

      aa.    I.F.B. Bank account # 040400401906 in the name of Competition   LTDA, for the amount of  $79,600.00.

      bb.    FirstBank account #305001378 in the name of Multipix in the amount of $2,251.77

to state the same before this Court.

    RESPECTFULLY SUBMITTED.

    In San Juan, Puerto Rico, this <u>19 </u>day of August, 2005.

                      H.S. GARCÍA
                      United States Attorney

                 /s/ *Aramis G. Rios*
                Aramis G. Ríos
                Assistant United States Attorney
                USDC #:  219809
                Torre Chardón., Suite 1201
                350 Carlos Chardón Avenue
                San Juan, PR 00918
                Tel. (787) 766-5656
                Email add: aramis.rios@usdoj.gov

<u>U.S. v. Roberto Ferrario-Pozzi</u>
Criminal No. 98-189(HL)
Notice of Filing
Page 4

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this date August 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing.

       /s/ Aramis G. Ríos
      ARAMIS G. RIOS, AUSA