**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> v. <br><br> **[6] ROBERTO FERRARIO-POZZI,** <br><br> **Defendant.** | **Crim. No. 98-189 (HL)** |

**FINAL ORDER OF FORFEITURE**

WHEREAS on June 3rd, 2005, this Honorable Court issued a Preliminary Order of Forfeiture for the following accounts:

    a.    $ 113,000.00 sent to Sun Trust Bank account number 0793003050117 held in the name of A & E Used Truck Parts.

    b.    $200,000.00 sent to Banco Commerciale Ita account number 54717050175 held in the name of Agostino Ferrari S.P.A.

    d.    $178,618.25 sent to Banco Correstate Bank account number 210001177393 held in the name of Canada Packers.

    e.    $227,000 sent to Banco Extebandes account number 120607677 in the name of Consorcio Nesher LTD.

    f.    $50,000 sent to Commerce Bank account number 3083003824 in the name of Consorcio Nesher LTD.

    g.    $157,270 sent to Tojo Bank Futaba account number 185184 held in the name of Global Corporation.

    h.    $325,250.00 sent to First Bank of the Americas account number 1000123960 held in the name of Intertur.

    i.    $155,937.21 sent to Duetsche Bank Argentina account number 2638588 in the name Orchidye S.A.

    j.    $130,000 sent to The Dai Ichi Kangyo account number 900125719 held in

**Final Order of Forfeiture**
**United States v. Roberto Ferrario-Pozi,**
**Criminal No. 98-189 (HL)**
**Page 2**

        the name of Watex International.

k.    $106,843 sent to Cho Hung Bank account number 374710000585 held in the name of Royal Auto Parts.

l.    $1,465,000 sent to First Bank of the Americas account number 1100881018 held in the name of Rozatta LTD.

m.    FirstBank account # 305001389 in the name of "Multipix Inc" for the amount of $245.28.

r.    Ocean Bank account # 50509821105 in the name of Invalores LTD in the amount of $250,000.00.

s.    Cathay Bank account # 120025 in the name of Mobil Tech in the amount of $255,000.00.

t.    Banco Cafetalero Intl. account # 593104031 in the name of Orlando Fajardo Castillo in the name of $110,000.00.

u.    First Union Natl. account # 2090001786014 in the name of Valley Cargo in the amount of $60,000.00.

w.    First Union Natl. account # 2090001186164 in the name of Valley Express in the amount of $20,000.00.

x.    LaSalle Bank, NA account # 2323707 in the name of Global Marketing in the amount of $47,536.56.

y.    Bank Boston Int'l account # 9047939 in the name of Hernando M. Aristizabal in the amount of $475,000.00.

z.    Republic Nat'l Bank account # 0311007692 in the name of Fortuity Int'l in the amount of $61,000.00 .

aa.    I.F.B. Bank account # 040400401906 in the name of Competition LTDA, for the amount of $79,600.00.

bb.    FirstBank account #305001378 in the name of Multipix in the amount of $2,251.77

**Final Order of Forfeiture**
<u>United States v. Roberto Ferrario-Pozi,</u>
Criminal No. 98-189 (HL)
Page 3

AND WHEREAS the United States caused to be published in Nuevo Dia, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS no claims were filed within thirty days of the date of the last publication with respect to the properties mentioned above;

AND WHEREAS there are currently no outstanding claims with respect to these properties and all existing claims have been filed;

AND WHEREAS any third-party interests regarding those properties are barred due to their failure file a timely petition;

AND WHEREAS, the Court finds that defendant(s) had an interest in the property that is subject to forfeiture pursuant to Title 18, <u>United States Code</u>, Section 982;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

    a.    $ 113,000.00 sent to Sun Trust Bank account number 0793003050117 held in the name of A & E Used Truck Parts.

    b.    $200,000.00 sent to Banco Commerciale Ita account number 54717050175 held in the name of Agostino Ferrari S.P.A.

    d.    $178,618.25 sent to Banco Correstate Bank account number 210001177393 held in the name of Canada Packers.

    e.    $227,000 sent to Banco Extebandes account number 120607677 in the name of Consorcio Nesher LTD.

    f.    $50,000 sent to Commerce Bank account number 3083003824 in the name of Consorcio Nesher LTD.

**Final Order of Forfeiture**
**United States v. Roberto Ferrario-Pozi,**
**Criminal No. 98-189 (HL)**
**Page 4**

    g.    $157,270 sent to Tojo Bank Futaba account number 185184 held in the name of Global Corporation.

    h.    $325,250.00 sent to First Bank of the Americas account number 1000123960 held in the name of Intertur.

    i.    $155,937.21 sent to Duetsche Bank Argentina account number 2638588 in the name Orchidye S.A.

    j.    $130,000 sent to The Dai Ichi Kangyo account number 900125719 held in the name of Watex International.

    k.    $106,843 sent to Cho Hung Bank account number 374710000585 held in the name of Royal Auto Parts.

    l.    $1,465,000 sent to First Bank of the Americas account number 1100881018 held in the name of Rozatta LTD.

    m.    FirstBank account # 305001389 in the name of "Multipix Inc" for the amount of $245.28.

    r.    Ocean Bank account # 50509821105 in the name of Invalores LTD in the amount of $250,000.00.

    s.    Cathay Bank account # 120025 in the name of Mobil Tech in the amount of $255,000.00.

    t.    Banco Cafetalero Intl. account # 593104031 in the name of Orlando Fajardo Castillo in the name of $110,000.00.

    u.    First Union Natl. account # 2090001786014 in the name of Valley Cargo in the amount of $60,000.00.

    w.    First Union Natl. account # 2090001186164 in the name of Valley Express in the amount of $20,000.00.

    x.    LaSalle Bank, NA account # 2323707 in the name of Global Marketing in the amount of $47,536.56.

    y.    Bank Boston Int'l account # 9047939 in the name of Hernando M. Aristizabal in the amount of $475,000.00.

**Final Order of Forfeiture**
**United States v. Roberto Ferrario-Pozi,**
**Criminal No. 98-189 (HL)**
**Page 5**

    z.    Republic Nat'l Bank account # 0311007692 in the name of Fortuity Int'l in the amount of $61,000.00 .

    aa.    I.F.B. Bank account # 040400401906 in the name of Competition LTDA, for the amount of  $79,600.00.

    bb.    FirstBank account #305001378 in the name of Multipix in the amount of $2,251.77

are hereby forfeited to the United States of America pursuant to Title 18, <u>United States Code</u>, Section 982 and Title 21, <u>United States Code</u>, Section 853; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the Clerk of the Court shall forward four certified copies of this Order to the United States Attorney's Office for the District of Puerto Rico, Attention: Assistant U.S. Attorney, Aramis G. Ríos.

SO ORDERED on this ____ day of December 2006.

                                              _____
                                              HON. HECTOR M. LAFFITTE
                                              UNITED STATES DISTRICT JUDGE