# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ROBERTO FERRARIO-POZZI     *
       *
   Petitioner                  *
       *
v.                               *       **Civil No. 05-1310 (SEC)**
       *
UNITED STATES OF AMERICA     *
       *
   Respondent               *
**********************************

## JUDGMENT

Consistent with the Court's Opinion and Order of even date (Docket # 9), this case is hereby **DISMISSED WITH PREJUDICE.** Judgment is hereby entered accordingly.

     **SO ORDERED.**

     In San Juan, Puerto Rico, this 6th day of December, 2007.

                                       S/ *Salvador E. Casellas*
                                       SALVADOR E. CASELLAS
                                       U.S. Senior District Judge